[No. 8821.]

## VANIMAN ET AL. V. CALIFORNIA PINE BOX AND LUMBER COMPANY.

*Error to Crowley District Court.* HON. C. S. ESSEX, Judge.

Mr. I. H. STANLEY, for plaintiffs in error.

Messrs. DANA & BLOUNT, for defendant in error.

*Per Curiam.*

Application for supersedeas denied and judgment affirmed.